UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gregory Semack, *et al.*,

        Plaintiffs,

v.

County of Roscommon, *et al.*,

        Defendants.

_____/

Case No. 24-11935

Judith E. Levy
United States District Judge

Mag. Judge Patricia T. Morris

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed without prejudice.

        KINIKIA D. ESSIX
        CLERK OF THE COURT

    By:  s/Kourtney Collins
           DEPUTY COURT CLERK

Date: June 23, 2025

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE